IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNOR A. DAVIS,

        Plaintiff,                        No. CIV S-06-2899 FCD EFB P

        vs.

RED BLUFF PAROLE OFFICE,
et al.,

        Defendants.               FINDINGS AND RECOMMENDATIONS

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On November 5, 2007, the court dismissed plaintiff's complaint with leave to amend within 35 days. Plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, it is hereby RECOMMENDED that this action be dismissed.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections

////

1  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
2  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
3  Dated: May 1, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE